# Morgan Lewis

**August W. Heckman III**
Associate
+1.609.919.6696
august.heckman@morganlewis.com

March 4, 2016

**VIA CM/ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:   Luu v. Cognizant Technology Solutions U.S. Corp. Civil Action No.  1:16-cv-00778-ALC

Dear Judge Carter:

We represent Defendant Cognizant Technology Solutions U.S. Corporation in the above-reference matter.  We write to respectfully request an extension of the current March 8, 2016 deadline to answer or otherwise respond to Plaintiff's Complaint until April 8, 2016.  Defendant requires this brief extension of time in order to investigate the allegations contained in Plaintiff's Complaint.  This is Defendant's first request for an extension of time to respond to the Complaint.  No other deadlines have been set by the Court.  Plaintiff's counsel consents to this request.

Thank you for your consideration.

Respectfully submitted,

August W. Heckman III

c:   Richard G. Rosenblatt
     Russell R. Bruch
     Eli Z. Freedberg
     Darren P.B. Rumack

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241           **T** +1.609.919.6600
United States                       **F** +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Randall B. Sunberg, Partner-in-Charge

DB1/ 86773682.1