UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LUAN LUU, individually and on behalf of others similarly situated,

                         Plaintiffs,

-against-

COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION, d/b/a COGNIZANT TECHNOLOGY SOLUTIONS and JOHN DOES #1-100,

                         Defendants.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/30/16

1:16-cv-778 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

      The Court is in receipt of a report from the Court-annexed mediation program, advising the Court that the parties have reached a settlement in this matter. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its recent decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than September 26, 2016.

SO ORDERED.

Dated:   August 30, 2016
            New York, New York

                                                          ANDREW L. CARTER, JR.
                                                          United States District Judge